NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DANNIE J. MACNISH,**
*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**
*Respondent-Appellee*

---

2026-1149

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 24-4852, Judge Scott Laurer.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Dannie J. MacNish's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.  The appeal is dismissed pursuant to Federal Rule of Appellate Procedure 42(b).

2                                                    MACNISH v. COLLINS

(2)  The parties shall bear their own costs.

FOR THE COURT



February 4, 2026                          Jarrett B. Perlow
      Date                                    Clerk of Court


ISSUED AS A MANDATE: February 4, 2026